JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANICA DUBAICH,<br><br>              Plaintiff,<br><br>    v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>              Defendant. | Case No. CV 11-10570 DMG (AJWx)<br><br>**JUDGMENT** |

This matter having come before the Court for a bench trial on November 6, 2012 and this Court having filed its Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant CIGNA and against Plaintiff Danica Dubaich.

DATED: April 25, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE