JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANICA DUBAICH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. CV 11-10570 DMG (AJWx)<br><br>**AMENDED JUDGMENT** |

This matter having come before the Court for a bench trial on November 6, 2012 and this Court having filed its Amended Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Danica Dubaich and against Defendant CIGNA. CIGNA shall approve and pay for the treatment at issue.

DATED:　　July 31, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE